| | | |
|---|---|---|
| FITZSIMMONS & LATSOUDIS CONSULTING, INC. | : : : | UNITED STATES DISTRICT COURT |
| | : | DISTRICT OF NEW JERSEY |
| Plaintiff(s) | : : | |
| | : | Hon. Jose L. Linares |
| -vs- | : : | Civil Action No. 07-3487 (JLL) (CCC) |
| ORGANON PHARMACEUTICALS USA, INC. | : : : | ORDER ON ORAL MOTION SCHEDULING CONFERENCE |
| Defendant(s) | : : : | |

IT IS on this 3rd day of October, 2008

ORDERED THAT there shall be a telephone status conference before the Undersigned on **December 1, 2008 at 2:00 p.m.** Plaintiff shall initiate the telephone call. By **November 24, 2008**, each party shall deliver directly to the Undersigned by mail or facsimile a confidential settlement position statement, not to exceed **five (5) pages** summarizing the client's position on settlement.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File